UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES ) | |
| PRACTICES AND PRODUCTS LIABILITY ) | MDL No. 2100 |
| LITIGATION ) | |

**This Document Relates To:**

| | |
|---|---|
| *Helene Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10154-DRH |
| *Evelyn Henderson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10142-DRH |
| *Paige Lemmons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10189-DRH |
| *Erica Leonard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10123-DRH |
| *Agnes Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10093-DRH |
| *Amy Rentz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13339-DRH |
| *Karen Wimmer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10101-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 16, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:   /s/*Sara Jennings*
                                                **Deputy Clerk**

Dated:  August 20, 2013

                            David R. Herndon
                            2013.08.20
                            08:26:09 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT